IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| BASF CORPORATION,<br><br>                                  Plaintiff,<br><br>v.<br><br>JOHN HARRIS BODY SHOPS, LLC a/k/a and/or d/b/a JOHN HARRIS BODY SHOP, LLC,<br><br>                                 Defendant. | Civil Action No. 3:22-589-JFA<br><br>**JOINT MOTION TO EXTEND DISCOVERY DEADLINE** |

      Plaintiff BASF Corporation ("BASF") and Defendant John Harris Body Shops, LLC ("Defendant"), by and through their undersigned counsel, hereby jointly move the Court, pursuant to Rule 6, Fed. R. Civ. P. and Local (Civ.) Rule 6.01 (D.S.C.), for an extension of the discovery deadlines stated in the First Amended Scheduling Order (E.N. 19), filed November 3, 2022, which is currently scheduled to be completed by December 2, 2022. The requested extension will not affect the scheduled trial date in this action.

      The grounds for this motion are that Defendant is awaiting responses to a subpoena sent to The Boyd Group (U.S.) Inc. d/b/a Gerber Collision and Glass ("Gerber") on or about October 1, 2022. Defendant filed an Application for a Rule to Show Cause on or about November 23, 2022 in order to compel Gerber's response to the subpoena. However, Jesse Schaefer, counsel for Gerber, contacted the undersigned on November 28, 2022 to inform him that Mr. Schaefer's father had been hospitalized since November 5th and had passed away on November 19, 2022. As a result of Mr. Schaefer's recent loss, he has been justifiably delayed in providing Gerber's subpoena response.

1

In light of the circumstances above, the parties request a forty-five (45) day extension in order to allow Mr. Schaefer additional time to provide Gerber's subpoena response and allow sufficient time for the parties to review Gerber's document production and use the materials in fact witness depositions. If granted, the proposed Second Amended Scheduling Order, which is attached for the Court's consideration as Exhibit A, would extend the current deadline in the Scheduling Order so that Discovery shall be completed by **January 16, 2023**. These deadlines have previously been altered once by the parties. As indicated above, the anticipated trial date for the term of March/April 2023 would not be affected by the requested changes.

For these reasons, the parties respectfully request that the Court grant the relief requested herein.[1]

| WE SO MOVE | WE SO MOVE/CONSENT |
|---|---|
| /s/ *Kirby D. Shealy III* | /s/ *Caroline C. Marino* |
| Kirby D. Shealy III (Fed. I.D. No. 6880) | Caroline C. Marino (*admitted pro hac vice*) |
| Luke M. Allen (Fed. I.D. No. 12950) | Leader Berkon Colao & Silverstein LLP |
| ADAMS AND REESE LLP | 630 Third Avenue, 17th Floor |
| 1221 Main Street, Suite 1200 | New York, NY 10017 |
| Columbia, SC 29201 | Telephone: 212-486-2400 |
| Telephone: 803-254-4190 | cmarino@leaderberkon.com |
| kirby.shealy@arlaw.com | -and- |
| luke.allen@arlaw.com | William A. Collins, Jr. |
| *Attorneys for Defendant* | Douglass & Collins |
| *John Harris Body Shops, LLC* | 1700 Woodcreek Farms Road |
| | Elgin, SC 29045 |
| Dated: December 1, 2022 | Telephone: 803-865-8858 |
| | wcollins@dougallfirm.com |
| | *Attorneys for Plaintiff BASF Corporation* |
| | Dated: December 1, 2022 |

---

[1] Signed Client Consent Forms consenting to the extension of the discovery deadlines requested herein are attached as Exhibit B.

2